**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 19-7251**

_____

TRAVIS LAVOY JENKINS,

           Petitioner - Appellant,

      v.

UNITED STATES OF AMERICA,

           Respondent - Appellee.

_____

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh. James C. Dever III, District Judge. (5:18-hc-02257-D)

_____

Submitted: December 17, 2019                        Decided: December 20, 2019

_____

Before KING, FLOYD, and HARRIS, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Travis Jenkins, Appellant Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Travis Jenkins appeals the district court's order denying his various postjudgment motions. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Jenkins v. United States*, No. 5:18-hc-02257-D (E.D.N.C. July 17, 2019). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*